ROBERT L. JACKSON V. STATE OF TEXAS

NO. 07-00-0372-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 17, 2000, 

______________________________

ROBERT L. JACKSON,

Appellant

V.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 242
ND
 DISTRICT COURT OF HALE COUNTY;

NO. B13012-9805; HON. EDWARD L. SELF, PRESIDING

_______________________________

ON APPELLANT’S MOTION TO DISMISS APPEAL

______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Pending before this Court is appellant’s Motion to Dismiss Appeal.  It appearing that the motion meets every prerequisite concerning the voluntary dismissal of criminal appeals pursuant to Texas Rule of Appellate Procedure 42.2, we hereby grant appellant’s motion and dismiss this appeal.  Because the appeal is dismissed at the request of appellant, no motion for rehearing will be entertained and our mandate shall issue forthwith.

Per Curiam

Do not publish.